**Order entered December 7, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01006-CV

### IN RE THE GUARDIANSHIP OF
### SYDNEY AYN LAROE, AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-3185-1**

## ORDER

We **GRANT** appellant's November 20, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **DECEMBER 21, 2015**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE